UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Case Nos.: | 1:13-cr-190, Lover-Taylor |
| | ) | | 1:13-cr-252, Segar |
| MOTION TO DISMISS | ) | | |

## ORDER OF DISMISSAL

The matter is now before the Court on the Government's "Motion to Dismiss" the above-captioned cases. The Court finds a basis for the dismissals. Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court, the motions are **GRANTED**.

SO ORDERED this 24th day of July, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA